FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JEFFREY LYLE SCHLEPP,<br><br>    Defendant. | No. 1:20-CR-02040-MKD-1<br><br>ORDER MODIFYING CONDITIONS OF RELEASE |

On November 6, 2020, JEFFREY LYLE SCHLEPP voluntarily agreed to participate in the Sobriety Treatment and Education Program (STEP). JEFFREY LYLE SCHLEPP has consented to an additional special condition of supervision. Accordingly,

**IT IS ORDERED:**

1. The following condition is added to JEFFREY LYLE SCHLEPP's Special Conditions of Supervision:

   - **Special Condition No. 9**: You must participate in a cognitive behavioral treatment program and follow the rules and regulations of

ORDER - 1

that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.

2. The Clerk's Office is directed to enter this Order and provide copies to the United States Probation/Pretrial Services Office, the United States Attorney's Office, and the Office of the Federal Defender.

DATED November 22, 2021.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2